UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| Vs. | ) Case No. 01-00330-01-CR-W-FJG |
| | ) |
| **Elvis P. Lovelady,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

For good and sufficient cause, as shown by the U.S. Probation Office in its memorandum of July 20, 2005, and a hearing having been waived by defendant, it is hereby

**ORDERED** that the following be added to the conditions of supervised release for Elvis P. Lovelady:

**Defendant reside in and satisfactorily participate in a community treatment center program, until discharged by the center director after consultation with the Probation Office, for a period not to exceed 120 days.**

                                              /s/Fernando J. Gaitan, Jr.
                                              FERNANDO J. GAITAN, JR.
                                              UNITED STATES DISTRICT JUDGE

Dated at Kansas City, Missouri, this   20th   Day of  July , 2005.